IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT
03 JUL -9 AM 11: 45
TEXAS-EASTERN
BY_____

## ALTERNATIVE DISPUTE RESOLUTION SUMMARY

Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.

1. Civil Action number: **2:02-CV-284 (TJW)**
2. Style of case: **Sandy Mahaffey vs. Fluor Corp. Fluor Enterprises**
3. Nature of suit: **Employment/Sex**
4. Method of ADR used: ☒ Mediation ☐ Mini-Trial ☐ Summary Jury Trial
5. Date ADR session was held: **7/3/03**
6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.   ☐ Settled, in part, as a result of ADR.

   ☒ Settled as a result of ADR.   ☐ Parties were unable to reach settlement.

   ☐ Continuing to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*).

7. What was your TOTAL fee: $ **1150**
8. Duration of ADR: **½ day plus (5 hours)** (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

   **Courtenay Bass, M or**
   **Bruce Craig, π atty**       **Robert Wood - Δ - Esq**
   **Sandy Mahaffey - π**        **Brian Hurt, Esq - Δ**
   **                             Jim Schultz - Δ**

   Please provide the names, addresses, and telephone number of counsel on the reverse of this form.

10. Provider information:

    **Courtenay A. Bass**                **July 7, 2003**
    Signature                             Date

    **4514 Cole Ave Ste. 1450 Dallas TX 75205**   **214.528.1411**
    Address                                        Telephone

14